# GRANGER & ASSOCIATES LLC

RAYMOND R. GRANGER
HOWARD B. ZAKAI
KEITH O'DONNELL

40 FULTON STREET
17TH FLOOR
NEW YORK, NEW YORK 10038

TEL: (212) 732-7000
FAX: (212) 732-7001

OF COUNSEL:
EMILY C. GOLUB
MATTHEW D. JURY
MCCUE JURY & PARTNERS
LONDON, U.K.

November 17, 2025

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>U.S. v. Zhong Shi Gao et al., Docket No. S8 23 Cr. 572 (CM)</u>

Dear Judge McMahon:

On behalf of Defendant Henry Yau, I write to request a temporary modification of his conditions of release to allow him to travel on personal business between New York City and Boston, Massachusetts, as follows:

- November 20 to November 30, 2025 -
December 19, 2025, to January 1, 2026

I have been advised by Assistant United States Attorney Andrew Chan that the government does not oppose this application, and by Pretrial Services Officer Meherun Mayer that her office does not oppose this application.

Thank you for your consideration of this request.

Very truly yours,

Raymond R. Granger

cc: AUSA Andrew Chan
AUSA James Ligtenberg
USPSO Meherun Meyer

Request **GRANTED.**

**SO ORDERED.**
11/20/2025
DATE    VICTOR MARRERO, U.S.D.J.