# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2026

UNITED STATES OF AMERICA

-v-

HENRY YAU,

Defendant.

S11 23 CR 572-05 (CM)

It is hereby ordered that Henry Yau, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on February 22, 2027.

UNITED STATES DISTRICT JUDGE

DATE 11/18/2026

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

(Attorney/Witness)

(Defendant)

cc: U.S. Marshal, SDNY
Probation Dept, SDNY
U.S. Attorney, SDNY
Pretrial Office, SDNY
Defense Counsel